FILED: March 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4962 (L)
(8:12-cr-00481-JMC-10)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JESUS BURUCA MARTINEZ

       Defendant - Appellant

_____

O R D E R

_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk